UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TAMOY MADDIX, on behalf of herself,
Individually, and on behalf of all others
similarly situated,

               Plaintiff,

                                   17 **CIVIL** 4658 (VSB)

       -v-                               **RULE 68 JUDGMENT**

BAYCHESTER CHICKEN, INC., D/B/A
POPEYE'S LOUISIANA KITCHEN,

               Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 19, 2018, judgment is hereby entered in favor of Plaintiff in the amount of $20,000.00, pursuant to Fed. R. Civ. P. Rule 68; of that amount, Plaintiff's counsel will receive $6,669.59 in fees and $772.00 in costs and expenses; accordingly, this case is closed.

**Dated:**  New York, New York
          October 22, 2018

                                                  **RUBY J. KRAJICK**
                                                    **Clerk of Court**
                                        BY:
                                                      **Deputy Clerk**

                                                    THIS DOCUMENT WAS ENTERED
                                                    ON THE DOCKET ON 10/22/2018